# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0396. APRIL SLAY v. JUSTIN CALHOUN.

April Slay filed this application for discretionary appeal from the trial court's order granting Justin Calhoun's petition for legitimation and temporary custody of a child. Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. We have also held that orders in legitimation cases that involve "the establishment of legal custody over [the] child" are directly appealable under this same statute. See *Caldwell v. Meadows*, 312 Ga. App. 70, 77 (4) (717 SE2d 668) (2011).

This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Slay shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/25/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*  , Clerk.